FILED ___ RECEIVED
ENTERED ___ SERVED ON
COUNSEL/PARTIES OF RECORD

JAN 2 4 2018

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY:_____ DEPUTY

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

-o0o-

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | Case No. 2:08-mj-132-GWF |
| vs. | **ORDER** |
| JERRY D. HUNT, | |
| Defendant. | |

On June 3, 2008, an arrest warrant was issued for the defendant for his failure to appear at his initial appearance which was scheduled for the same day.

On October 26, 2017, the defendant was arrested in San Diego, California and made his initial appearance on October 27, 2017 in the Southern District of California. The defendant was released on a $5,000.00 bond with $500.00 posted to the Court.

On November 21, 2017, the defendant made his initial appearance in the District of Nevada. The defendant was sentenced to time served with credit for time served.

**IT IS SO ORDERED** that the $500.00 posted in the Southern District of California, be returned to the defendant as this case is closed.

DATED this 24th day of January 2018.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge